FILED by BT   D.C.
ELECTRONIC
June 2, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY
CASE NO.:

08-CV-80583-Ryskamp-Vitunac

JAMES RIDINGER

    Plaintiff,

v.

33' Speedboat, Hull ID Number: EMO331169A89, its
Engines, Tackle, Apparel and Appurtences, *in rem*
and JOHN TURCHIN, *in personam*

    Defendants.

_____/

## **VERIFIED COMPLAINT**

COMES NOW the Plaintiff, JAMES RIDINGER, as holder of a maritime lien hereinafter described, and files this Verified Complaint against the Defendant Vessel, a 33' Speedboat, Hull ID Number: EMO331169A89, together with her engines, tackle, rigging, dinghies, equipment, appurtenances, furniture, etc., *in rem*, and JOHN TURCHIN, *in personam,* and alleges upon information and belief as follows:

    1.    This is a cause of admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and is written in the jurisdiction of this Court, pursuant to 46 USC § 31301 et seq.

    2.    At all material times herein the Plaintiff, JAMES RIDINGER, is a citizen and resident of the state of Florida.

    3.    At all material times herein and upon information and belief, Defendant owner of the vessel, JOHN TURCHIN, is a citizen and resident of the state of Florida, believed to reside at 1900 Purdy Avenue, #1, Miami Beach, Florida 33139.

4. The Defendant Vessel, a 33' Speedboat, Hull ID Number: EMO331169A89, is now within the Southern District of Florida and within the jurisdiction of this Honorable Court.

5. Upon information and belief, the Defendant Vessel, a 33' Speedboat, Hull ID Number: EMO331169A89, is located at 1900 Purdy Avenue, #1, Miami Beach, Florida 33139, and is more particularly described as follows:

   a. Year Built:   1989

   b. Length:   33'

   c. Registration Number: FL 5881GE

   d. Hull ID Number: EMO331169A89

6. During the approximate period of time from May 2003 through the present, and in accordance with a verbal agreement, the vessel was to be docked at Plaintiff JAMES RIDINGER's residence. In exchange, JOHN TURCHIN, agreed to share possession of the Defendant Vessel, a 33' Speedboat, Hull ID Number: EMO331169A89, and each party agreed that they would split the cost and expenses associated with the maintenance, repairs, upgrades and general upkeep of the vessel.

7. From approximately May, 2003, to April, 2005, each party fulfilled their obligations under their Agreement.

8. JOHN TURCHIN has failed to pay his share of the maintenance, repairs, upgrades and general upkeep of the vessel since approximately April 2005. At the present time, Plaintiff, JAMES RIDINGER, is owed the amount of Nineteen Thousand, Eight Hundred Ninety Five and 16/100 U.S. Dollars ($19,895.16) for the maintenance, repairs, upgrades and general upkeep which was performed and furnished for the benefit of the

Defendant Vessel, a 33' Speedboat, Hull ID Number: EMO331169A897. Attached to this complaint and marked as **EXHIBIT "A,"** is a chart which details the services rendered, and the portion of the cost due by JOHN TURCHIN.

9. JOHN TURCHIN notified Mr. RIDINGER's Captain that he would not pay for the repairs to the fuel tank and has not paid for any other of the items as set forth in Exhibit "A," to this Complaint.

10. As the party who paid for the necessaries which were for the benefit of the Defendant Vessel, a 33' Speedboat, Hull ID Number: EMO331169A897, Plaintiff stands in the shoes of the companies, contractors and individuals who performed the maintenance, repair, upgrades and general upkeep upon the vessel.

11. By virtue of the foregoing, Plaintiff, JAMES RIDINGER, claims a maritime lien against Defendant Vessel, a 33' Speedboat, Hull ID Number: EMO331169A897, and brings this action to enforce said lien.

12. Plaintiff, JAMES RIDINGER, is obligated to pay his attorneys a reasonable fee for their services.

13. The premises contained herein are true and correct, and within the admiralty and maritime jurisdiction of this Court.

WHEREFORE, Plaintiff, JAMES RIDINGER, prays the following:

(a) That process in due form of law according to the rules and practice of this Court in causes of maritime and admiralty jurisdiction may issue against Defendant Vessel, a 33' Speedboat, Hull ID Number: EMO331169A897, her engines, tackle, rigging, dinghies, equipment, appurtenances, furniture, apparel, etc., in rem, citing all

persons claiming any interest therein to appear and answer on oath any and all matters aforesaid;

(b) That the cost of the necessaries provided to Defendant Vessel, a 33' Speedboat, Hull ID Number: EMO331169A897, be declared to be a valid and subsisting lien upon the Defendant Vessel, a 33' Speedboat, Hull ID Number: EMO331169A897, superior to the interest, liens or claims of any and all persons, firms or corporations whatsoever, except such persons, firms or corporations as have preferred maritime liens over said Vessel;

(c) That this Court order and adjudge that the Defendants are liable to Plaintiff in the amount of Nineteen Thousand, Eight Hundred Ninety Five and 16/100 U.S. Dollars ($19,895.16) plus pre and post judgment interest, attorneys' fees, costs and expenses;

(d) That the Defendant Vessel, a 33' Speedboat, Hull ID Number: EMO331169A897, be condemned and sold to pay the demands aforesaid;

(e) That Plaintiff be permitted to bid the amount of its judgment at the US Marshal sale of said vessel;

(f) for such other and further relief as this Court deems just and proper.

Dated: June 2, 2008

Respectfully submitted,

By: _____
Robert D. McIntosh (FBN: 115490)
Email: rdm@adorno.com
ADORNO & YOSS LLP
Attorneys for Plaintiff
888 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, Florida 33316-1159
Phone: (954) 523-5885
Fax: (954) 760-9531

## DECLARATION OF JAMES RIDINGER

1. The allegations contained in the foregoing Verified Complaint are based upon my personal knowledge.

2. I have read the foregoing Verified Complaint and the allegations contained in the Verified Complaint are true and correct to the best of my knowledge upon information and belief.

3. Pursuant to 28 U.S.C. §1746, I verify under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on  6-2-08
             (date)

By: _____
    JAMES RIDINGER

# EXHIBIT A

**Speedboat Expenses**

| Date | Provider | Description | Amount | Notes | Amount Claimed |
|---|---|---|---|---|---|
| May, 2003 | Miami Outdrive | Spark plugs/protectorate/time and materials | $431.78 | Mr. Turcin paid 50% | $0.00 |
| September, 2003 | Miami Outdrive | Adjust carburetor; shift assist switch; synchronize linkage; bleed power system | $440.00 | Mr. Turcin paid 50% | $0.00 |
| October, 2003 | Miami Outdrive | Carburetor, linkage, misc repairs, replace oil pump | $993.83 | Mr. Turchin paid 50% | $0.00 |
| November 3, 2003 | TnT Marine | Install 2 new engines (deposit) | $10,000.00 | Mr. Turchin paid 50% | $0.00 |
| March 5, 2004 | TnT Marine | Balance of 2 new engines (final payment) | $19,046.84 | Mr. Turchin paid 50% | $0.00 |
| April, 2005 | West Marine | Install GPS Unit | $850.88 | 50% of total amount pursuant to agreement | $425.44 |
| April, 2005 | AIG | 3 years of insurance at $750/yr. | $2.250.00 | 50% of total amount pursuant to agreement | $1,125.00 |
| April, 2005 | James Ridinger | 3 year routine maintenence at $6,000/yr | $18,000.00 | 50% of estimated maintenance | $9,000.00 |
| June 1, 2005 | Sweepmasters Services | Four boat cushions foam & upholstery, sombrella boat cover, two boat seat cushions remfg & upholstery; sombrella chair cover, and machinery station table cover | $1,775.00 | 50% of total amount pursuant to agreement | $887.50 |
| January 3, 2006 | TnT Marine | Haul and launch; checked & tightened all loose rod holders | $240.00 | 50% of total amount pursuant to agreement | $120.00 |
| Approximately April, 2 | TnT Marine | Fuel Tank Repair | $4,000.00 | 50% of total amount pursuant to agreement | $2,000.00 |
| August 7, 2006 | TnT Marine | Service lower units; found sand and rocks in water pump; replace water pump; haul & launch | $523.88 | 50% of total amount pursuant to agreement | $261.94 |
| September, 2007 | LMC | Haul out vessel and block boat | $231.00 | 50% of total amount pursuant to agreement | $115.50 |
| September 18, 2007 | OP Mobile Yacht | Fiberglass and paint work | $10,048.00 | 50% of total amount pursuant to agreement | $5,024.00 |
| November 12, 2007 | Teddy's Custom | New cushions (deposit) | $392.20 | 50% of total amount pursuant to agreement | $196.10 |
| November 26, 2007 | Teddy's Custom | New cushions (final payment) | $392.20 | 50% of total amount pursuant to agreement | $196.10 |
| December 10, 2007 | C&N Yacht Refini | Prep and paint vessel | $5,999.60 | Part of 2nd paint job | $0.00 |
| December, 2007 | OP Mobile Yacht | Paint work | $1,048.00 | Part of 2nd paint job | $0.00 |

| Date | Vendor | Description | Amount | Notes | Adjusted |
|---|---|---|---|---|---|
| December, 2007 | Day labor | Hardware installation after paint | $1,500.00 | Part of 2nd paint job; estimate of day labor work; no receipts | $0.00 |
| January, 2008 | Bow Lauderdale | New parts | $37.55 | 50% of total amount pursuant to agreement | $18.78 |
| February, 2008 | Bow Lauderdale | New batteries | $746.91 | 50% of total amount pursuant to agreement | $373.46 |
| February, 2008 | Bow Lauderdale | New radio and antenna | $302.76 | 50% of total amount pursuant to agreement | $151.34 |
| May 2003 – March 2008 | James Ridinger | 58 months storage fee @ $664 per month + 7% tax | $41,207.84 | no charge pursuant to agreement | $0.00 |
| TOTAL | | | $118,208.27 | | $19,895.16 |

**JS 44** (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
JAMES RIDINGER

**DEFENDANTS**
33' Speedboat, Hull ID Number: EMO331169A89 and JOHN TURCHIN

**(b)** County of Residence of First Listed Plaintiff: Miami Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Robert D. McIntosh
Adorno & Yoss, LLP
888 SE 3rd Ave., Suite 500, Fort Lauderdale, FL 33316

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☑ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

9:08 CV 80583-Ryskamp-Vitunac

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☑ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

*PERSONAL INJURY*
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- *Habeas Corpus:*
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO
JUDGE _____    DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Maritime Lien on a vessel

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE 6/2/08

FOR OFFICE USE ONLY
AMOUNT 350.00   RECEIPT # _____   IFP _____
543271
543272